United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN HOLLINS and LOLA HOLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION and CONFLUENT MEDICAL TECHNOLOGIES, INC.,<br><br>Defendants. | No. C 16-06740 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT DEADLINES** |

The Court has considered the parties' joint stipulation to continue case management deadlines (Dkt. No. 15). The case management conference in this matter is continued from February 23 to **APRIL 6**. The deadline to submit the case management statement is continued from February 16 to **MARCH 30**.

**IT IS SO ORDERED.**

Dated: January 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE