IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN HOLLINS and LOLA HOLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION and CONFLUENT MEDICAL TECHNOLOGIES, INC.,<br><br>Defendants. | No. C 16-06740 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT DEADLINES** |

The Court has considered the parties' joint stipulation to continue case management deadlines (Dkt. No. 17). The case management conference in this matter is continued from April 6 to the **FOURTH THURSDAY** after our court of appeals decides *Dunson v. Cordis*, Case No. 17-15257. The case management statement is due **SEVEN DAYS** before the case management conference. Defendants shall answer or otherwise respond to the complaint under FRCP 12 at least **FOURTEEN DAYS** before the case management conference.

If *Dunson* has not been decided by **JULY 6**, then by **NOON** on that date, both sides shall submit a joint status report on the progress of the appeal.

**IT IS SO ORDERED.**

Dated: March 20, 2017.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE