1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

ROBIN HOLLINS and LOLA HOLLINS,

No. C 16-06740 WHA

11

Plaintiffs,

12

v.

13

CORDIS CORPORATION and
CONFLUENT MEDICAL

14

TECHNOLOGIES, INC.,

15

Defendants.

**ORDER REMANDING CASE
TO SUPERIOR COURT OF
CALIFORNIA, COUNTY
OF ALAMEDA**

16

17

A prior order required the parties to show cause why this action should not be remanded

18

for lack of subject-matter jurisdiction for the same reasons set forth in Judge Edward Chen's

19

order and recently affirmed by our court of appeals in *Dunson v. Cordis Corp.*, 854 F.3d 551

20

(9th Cir. 2017). The deadline to show cause has passed with no response from either side.

21

Accordingly, this action is **REMANDED** to the Superior Court of California, County of Alameda.

22

23

**IT IS SO ORDERED.**

24

25

Dated: June 29, 2017.

26

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

27

28